# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | <u>Lisinichia v. Parole</u> : | **CIVIL NO. 1:12-CV-2387** |
| | <u>Board of SCI-Smithfield</u> : | |
| | : | |
| Inmate: | Robert Lisinichia : | |
| | : | |
| ID Number: | EM-4981 : | |

## ORDER

On November 29, 2012, Robert Lisinichia, an inmate confined at the State Correctional Institute-Smithfield, Huntingdon, Pennsylvania, filed the above civil rights complaint without submitting a filing fee or the **proper** forms required to proceed <u>in</u> <u>forma</u> <u>pauperis</u> in a civil rights case.[1] By Administrative Order dated December 7, 2012, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>. The appropriate forms were enclosed with the Order. Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

---

1. Although plaintiff filed an application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> (Doc. No. 2), it was not the proper form used by this Court, nor did he file the required Authorization form.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

                                                  S/ Christopher C. Conner
                                           CHRISTOPHER C. CONNER
                                           United States District Judge

Dated:       January 11, 2013